

# NUMBER 13-10-00149-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SANDRA J. ROMERO,                                                    APPELLANT,

v.

SOFIA RUIZ MARTINEZ,                                                  APPELLEE.

### On Appeal from the County Court at Law No. 1
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Vela
### Memorandum Opinion Per Curiam

Appellant, Sandra J. Romero, attempted to perfect an appeal from an order entered by the County Court at Law No. 1 of Cameron, County, Texas, in cause no. CL-08-2430-A. Appellant's notice of appeal states she is filing an accelerated appeal of an order rendered on February 22, 2010. Upon review of the documents before the Court, it appeared that there is no appealable order.

The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(b),(c).

PER CURIAM

Delivered and filed the
13th day of May, 2010.

2